AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel Pete Davis<br><br>*Defendant(s)* | Case No. 3:21-MJ-1030 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 13, 2021,__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 751(a) and 4082 | Escape from custody. |

This criminal complaint is based on these facts:

Please see the Affidavit of Deputy U.S. Marshal Eric Antonio Cheatham, which is attached hereto and fully incoporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Antonio Cheatham, United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/23/2021

_____
*Judge's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Eric Antonio Cheatham, being duly sworn, state the following to be true to the best of my knowledge, information and belief:

1. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service and have been since December of 2018. Prior to becoming a DUSM, I was employed as a police officer and Special Weapons and Tactics (SWAT) Team Operator in the city of North Little Rock, Arkansas, for approximately six years. I have over twelve years of experience with the United States Army as a member of both the Military Police and Military Intelligence branches. I currently serve as a member of the Smoky Mountains Fugitive Task Force (SMFTF) for the Knoxville office of the Eastern District of Tennessee. As a Deputy United States Marshal, I am responsible for, among other things, the apprehension of federal fugitives through the conduct of fugitive investigations.

2. On or about February 8, 2010, Daniel Pete DAVIS was convicted of the offense of Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g) and 18 U.S.C. § 924(e) in the Eastern District of Tennessee. DAVIS was sentenced to 120 months of imprisonment in the Bureau of Prisons followed by three years of supervised release.

3. On September 11, 2020, the United States Bureau of Prisons transferred DAVIS to the Midway Rehabilitation Center (Midway) located at 1515 East Magnolia Avenue, Knoxville, Tennessee, for the completion of his court-ordered sentence of confinement. On February 13, 2021, at approximately 8:55 a.m., DAVIS was placed on escape status from Midway after failing to return to the facility from a work pass. On February 16, 2021, your

Affiant learned of DAVIS's escape by an official Notice of Escaped Federal Prisoner issued by the Bureau of Prisons due to DAVIS's escape from the Midway Rehabilitation Center.

4. As of today, DAVIS's whereabouts are still unknown.

5. Based on the foregoing, I respectfully submit that probable cause exists to believe that, on or about February 13, 2021, Daniel Pete DAVIS committed a violation of 18 U.S.C. §§ 751(a) and 4082, Escape from Custody. Accordingly, I respectfully request that this Court issue a warrant for the arrest of Daniel Pete Davis.

FURTHER, THE AFFIANT SAYETH NOT.

ERIC ANTONIO CHEATHAM
Deputy United States Marshal
United States Marshals Service
Knoxville, Tennessee

Subscribed and sworn to before me this 23rd day of February, 2021.

Hon. Debra C. Poplin
United States Magistrate Judge